```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 01737
   NANCY L NOVAK
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1371

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/19/2005 and was confirmed 03/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   44.00%.

     The case was dismissed after confirmation 07/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT        INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^ CURRENT MORTG        .00                 .00              .00
TCF BANK                 CURRENT MORTG        .00                 .00              .00
CAPITAL ONE              UNSECURED       NOT FILED                .00              .00
ECAST SETTLEMENT CORP    UNSECURED         6181.23                .00          1654.66
ECAST SETTLEMENT CORP    UNSECURED        13133.80                .00          3515.75
FLEET                    UNSECURED       NOT FILED                .00              .00
SEARS PAYMENT CENTER     UNSECURED       NOT FILED                .00              .00
RESURGENT CAPITAL SERVIC UNSECURED        12284.68                .00          3256.26
DANIEL J WINTER          DEBTOR ATTY      1,794.00                            1,794.00
TOM VAUGHN               TRUSTEE                                                529.33
DEBTOR REFUND            REFUND                                                    .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             10,750.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  8,426.67
ADMINISTRATIVE                             1,794.00
TRUSTEE COMPENSATION                         529.33
DEBTOR REFUND                                   .00
                    --------------      --------------
TOTALS              10,750.00              10,750.00
```

            PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 01737 NANCY L NOVAK

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |